# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MANFRED ROLDAN,<br>   Petitioner,<br> v.<br>AMY MILLER, WARDEN,<br>   Respondent. | NO. CV 13-1207-SVW (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 3, 2013

              STEPHEN V. WILSON
           UNITED STATES DISTRICT JUDGE